No. 81–2326.  SOVEREIGN NEWS CO. *v.* CORRIGAN ET AL. C. A. 6th Cir.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and vacate the judgment.

No. 81–2336.  LINNAS *v.* UNITED STATES.  C. A. 2d Cir. Motion of American East European Ethnic Conference for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 81–2376.  MERTZ ET AL. *v.* DENNY.  Sup. Ct. Wis. It appearing the judgment below is not final, the petition for writ of certiorari is denied.

No. 81–2388.  CANINO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–194.  INTERNATIONAL RECTIFIER CORP. *v.* COHEN ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.